UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SUPRIYA KHAZANIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-CV-1096 |
| | ) |
| UNIVERSITY OF NORTH | ) |
| CAROLINA AT CHAPEL HILL, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER

This matter is before the Court on the parties' Joint Rule 26(f) Report [Doc. #49] and Local Rule 5.5 Report [Doc. #50]. The Court has reviewed the Joint Reports and approves them as submitted and as noted herein.

The Court notes that Initial Disclosures must be provided no later than July 27, 2022. In addition, under Local Rule 83.9d, if the parties do not provide the name of an agreed-upon mediator within 21 days of this Order, the Clerk will select a mediator from the Court's panel of mediators. The Court notes that all discovery must be completed by February 24, 2023, and that deadline may not be altered by agreement of the parties absent a Court Order. Pursuant to Local Rules 40.1 and 56.1(f), the trial date will be set by the Clerk's Office based on the February 24, 2023 close of discovery, not based on the date of ruling on dispositive motions.

Finally, the Court notes that to the extent the parties have included a Consent Protective Order with their Rule 26(f) Report, that Consent Protective Order should be filed

with a separate motion and with the proposed order submitted for consideration and adoption by the Court.

    IT IS THEREFORE ORDERED that the parties' Joint Rule 26(f) Report [Doc. #49] and Local Rule 5.5 Report [Doc. #50] are approved as submitted and as noted herein.

    IT IS FURTHER ORDERED that to the extent the parties have included a Consent Protective Order with their Rule 26(f) Report, that Consent Protective Order should be filed with a separate motion and with the proposed order submitted for consideration and adoption by the Court.

    This, the 27th day of June, 2022.

                                              /s/ Joi Elizabeth Peake
                                                United States Magistrate Judge