UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:20-cv-01096

| | |
|---|---|
| SUPRIYA KHAZANIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNIVERSITY OF NORTH ) | |
| CAROLINA AT CHAPEL HILL, ) | |
| and KATIE THORNSVARD, in ) | |
| her individual capacity, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the court upon Plaintiff's First Motion to Extend the Discovery Deadline. Having considered the motion, and for good cause shown,

IT IS THEREFORE ORDERED that Plaintiff's Amended First Motion to Extend the Discovery Deadline is GRANTED and the deadline for the parties to conclude discovery is hereby extended through and including March 28, 2023.

This the ____ day of February 2023.

_____
N. C. TILLEY, JR
UNITED STATES DISTRICT JUDGE