

**THE UNIVERSITY**
*of* **NORTH CAROLINA**
*at* **CHAPEL HILL**

EXHIBIT 12

**DATE:** January 6, 2020

**TO:** Supriya Khazanie (709478072)

**FROM:** Katie Thornsvard (710727549)
SPH Finance (460105)

**RE:** Separation from Employment during Probationary Period

You were appointed to your current position as Financial Analyst on January 14, 2019. Your continued employment is contingent upon successful completion of your defined probationary period. This period serves as an extension of the selection process by providing new employees the opportunity to adjust to their new roles and providing supervisors the opportunity to determine if new employees can meet the expectations of their positions satisfactorily before they attain State employee career status.

Based upon my review and evaluation of your ability to meet the expectations of this position, specifically your lack of competence at the advanced level, inability to work independently, low work output, and your inability to recognize inaccuracies in your calculations and reporting, I have decided to separate you from employment effective January 6, 2020. All University property in your possession (keys, ID cards, electronic equipment, etc.) must be returned upon your separation.

**Leave Payout & Benefits Information**

Any applicable payouts of leave and/or other earned time off will be made to you as provided by University policy. For all state employees, there is no payout of accrued sick leave, although this leave can be restored if you return to employment with the State of North Carolina within five (5) years of separation. Any debts you owe to the University may be deducted from your last paycheck, as required by law or State policy.

You can choose either to retain your contributions to the State retirement system or to withdraw your contributions from the system. If you have questions regarding your benefits and any benefit continuation options following the end of your employment with the University, you may contact Tarron Brandon in the Benefits Department in the Office of Human Resources at 919-843-800 or tarron_brandon@unc.edu.

A separation during probation does not necessarily keep you from receiving unemployment benefits. The Division of Employment Security (DES) determines eligibility for unemployment benefits, not the University. However, DES may consider the reason for your separation from employment when determining eligibility.

**Records Retention**

This separation notification has been issued pursuant to the University's SHRA Disciplinary Action Policy and is governed by the University's General Records Retention and Disposition Schedule. It will be retained as part of your permanent personnel file.

**Ineligibility for Rehire**

**Appeal Rights**

You have the right to appeal this separation under the University System SHRA Employee Grievance Policy ("Policy") if you believe the decision to separate is due to:

(1) Prohibited discrimination based on a protected status as defined by the Policy;
(2) Retaliation resulting from protesting prohibited discrimination as defined by the Policy; or
(3) Retaliation resulting from reporting improper government activities ("whistle blower" protection) as defined by the Policy.

To be eligible for consideration, you must submit your "SHRA Grievance Initial Filing Form" to Employee & Management Relations in the University's Office of Human Resources within 15 calendar days of receiving this notification. You may obtain a copy of the Policy through Employee & Management Relations or from the Office of Human Resources website at http://hr.unc.edu/. If you have questions about your appeal rights, please contact the Grievance Officer in Employee & Management Relations at (919) 843-3444 or emr@unc.edu.

EMR March 2019


THE UNIVERSITY *of* NORTH CAROLINA *at* CHAPEL HILL

## Access to Employee Assistance Program (EAP)

You will have continued access to the Employee Assistance Program (EAP) for a period of 6 months, beginning January 6, 2020 through July 5, 2020. The EAP is university sponsored, confidential and provided at no charge to you and your dependents. You may contact the EAP at 877-314-5841 (TDD: 800-697-0353) or online guidanceresources.com (University web ID: TARHEELS).

I thank you for your time and service and wish you the best in your future endeavors.

cc: Abbey McLennan, HR Team Lead
Employee & Management Relations, Office of Human Resources (emr@unc.edu)

EMR March 2019