UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:20-cv-01096

| | |
|---|---|
| SUPRIYA KHAZANIE,  )<br>)<br>Plaintiff, v.  )<br>)<br>)<br>UNIVERSITY OF NORTH  )<br>CAROLINA AT CHAPEL HILL,  )<br>and KATIE THORNSVARD, in  )<br>her individual capacity,  )<br>)<br>Defendants.  ) | **MOTION TO REVIEW,<br>RESCIND AND STAY<br>ORDER UNDER<br>F.R. CIV. P. 72** |

Pursuant to Fed. R. Civ. P. 72(a), Plaintiff moves the Honorable Thomas D. Schroeder, United States District Judge, to review the non-dispositive pretrial order of the Honorable Joi Elizabeth Peake United States Magistrate Judge, entered on 20 March 2023 (DE70). In support of this motion, Plaintiff has filed a Brief as required by LR 7.3(a).

Respectfully submitted, this 6th day of April 2023.

/S/ VALERIE L. BATEMAN
Valerie L. Bateman
New South Law Firm
209 Lloyd Street, Ste 350
Carrboro, NC  27510
919-810-3139
NC State Bar: 13417
valerie@newsouthlawfirm.com

/S/ JUNE K. ALLISON
June K. Allison
New South Law Firm
233 S. Laurel Ave
Charlotte, NC  28207
704-277-0113
NC State Bar: 9373
june@newsouthlawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF FILING AND SERVICE

This is to certify that the undersigned has this day electronically filed or caused to be filed the foregoing **MOTION UNDER RULE 72(a)** with the Clerk of Court using the CM/ECF system which will send notification of the filing of the document to all counsel of record.

This 6th day of April 2023.

/s/ VALERIE L. BATEMAN
Valerie L. Bateman
NEW SOUTH LAW FIRM